■ Sharon O'Shaughnessy, Appellant, v Travelers Insurance Company, Respondent.—Appeal from a judgment of the Supreme Court (White, J.), in favor of defendant, entered June 2, 1986 in Montgomery County, upon a decision of the court following the parties' submission of an agreed statement of facts.

Judgment affirmed, with costs, upon the opinion of Justice James N. White. Kane, J. P., Main, Casey, Mikoll and Harvey, JJ., concur.